FILED
CHARLOTTE, NC

MAR -3 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:20CR 78-RJC |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | **MOTION TO SEAL THE INDICTMENT** |
| MICHAEL MOORE | ) | |
| a/k/a "Bobby Smith" | ) | |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Indictment, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

Respectfully submitted, on this day of March 2, 2020.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

**/s/SANJEEV BHASKER**
Sanjeev Bhasker
Assistant United States Attorney
Bar Number: 0079440 (Ohio)
United States Attorney's Office
Western District of North Carolina
227 W. Trade Street, Suite 1650
Charlotte, NC 28202
Phone: 704-344-6222
Fax: 704-344-6629
Email: sanjeev.bhasker@usdoj.gov