UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-00078-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| MICHAEL MOORE | ) | |
| | ) | |

**THIS MATTER** is before the Court upon letter of the defendant pro se for an order "clarifying" his restitution payment schedule, (Doc. No. 63), and the government's response, (Doc. No. 66).

Apparently, the defendant is enrolled in the Inmate Financial Responsibility Program ("IFRP"). Participation in the IFRP is voluntary, and an inmate becomes eligible for certain benefits by his involvement in the program. 28 C.F.R. § 545.11 et seq. A team at a prison facility considers an inmate's financial information, monitors the amount of money in his trust account, and determines the required monthly payment for participation in the program.

Here, the Court ordered that payment of the defendant's criminal monetary penalties was due immediately and recommended participation in the IFRP. (Doc. No. 47: Judgment at 2, 5). The defendant asserts that his payments while incarcerated are burdensome; however, the Court finds that the assessment of the defendant's financial situation is most properly left to the discretion of the Bureau of Prisons. The defendant has the choice of whether to remain in the program or

1

challenge its execution through administrative remedies. If the entire amount is not paid through the IFRP, the defendant is obligated to pay $50 per month while on supervised release. (Id. at 7).

**IT IS, THEREFORE, ORDERED**, that the defendant's request for an order clarifying his payment schedule, (Doc. No. 63), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 17, 2023

Robert J. Conrad, Jr.
United States District Judge